ACCEPTED
06-18-00036-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/9/2018 4:47 PM
DEBBIE AUTREY
CLERK

**063-18-00036-CR**

**Trial # 16-0281X**

| | |
|---|---|
| **BRODERICK M. McHENRY** | **IN THE 6TH COURT OF** |
| **V.** | **APPEALS** |
| **THE STATE OF TEXAS** | **TEXARKANA, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/9/2018 4:47:15 PM
DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME TO FILE

## NOTICE OF APPEAL

Comes now the defendant, Broderick M. McHenry, by and thru his appointed attorney, Vernard Solomon, and does hereby move this Honorable to grant a one day extention to the time period required to give Notice of Appeal and in support of said Motion would show the following.

### I.

The trial began on January 9, 2018 before the Honorable Brad Morin. Attorney Craig Fletcher represented the defendant on the trial of the merits by appointment and was found guilty on the same date. Certification of the Right to Appeal was signed the same date.

### II.

Attorney Vernard Solomon was appointed on the 18th day of January, 2018 to

handle the appeal of the matter to the 6th Court of Appeals. The Notice was required to be filled on or before February 8, 2018. Notice was filed on February 9, 2018, one day late.

At this point mistakes were made by the appointed attorney for appeal including the following:

(1) I mistakenly thought that the Notice was filed before I was appointed to appeal the case based on the Certificate of the Right to Appeal;

(2) Twenty days were remaining at the time of the appointment with the Statement of the Facts and the Court's records filed after the deadline for the Notice of Appeal.

(3) I knew nothing of the case and the conversation with the trial attorney was of no help.

(4) At this point it was called to my attention of the deadline with my mistaken belief it was the next day, February 9, 2018. I guess I have begun to lost the ability to count on a calender at the age of 74.

This Motion to Extend the time period one day will not in any way lessen the position of the rights of the State of Texas but will grant to an indigent defendant the due process of the law.

**WHEREFORE,** PREMISES CONSIDERED, Attorney for the defendant herein request the extension of one day for the filing of the Notice of Appeal.

Respectfully Submitted,

Vernard Solomon
103 E. Houston
Marshall, Texas 75670
Tele 903.938.4555
Fax   903.938.5151
SBN 18835000

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above Motion to Extend filing date has been delivered to the District Attorney's Office.

Vernard Solomon